IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                        ORDER

                Plaintiff,

                                          06-cr-106-bbc

      v.

TYLER J. WOHLUST,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A hearing on the probation office's petition for judicial review of defendant's supervised release was held on July 28, 2010. After hearing argument from the parties, the hearing was continued until August 24, 2010, at 12:40 p.m.

      IT IS ORDERED that defendant be released from custody immediately and remain under the current terms of his supervised release until the August 24, 2010 hearing.

      Entered this 28th day of July, 2010.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge